# United States District Court

## Eastern District of California

UNITED STATES OF AMERICA  
v.  

JERRY LOCKHART

**JUDGMENT IN A CRIMINAL CASE**  
(For Offenses Committed On or After November 1, 1987)  
Case Number: **3:14-mj-0052 CMK**

_____**Adam Ryan**_____  
Defendant's Attorney

**THE DEFENDANT:**

[ ]  pleaded guilty to count(s): ____.  
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.  
[X]  was found guilty on count(s) 2 after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.52(d) | Smoke except within an enclosed vehicle or building | 07/12/2014 | 1 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/09/2015  
Date of Imposition of Judgment

_/s/ Craig M. Kellison_  
**CRAIG M. KELLISON**  
UNITED STATES MAGISTRATE JUDGE

06/09/2015  
Date

DEFENDANT:   Jerry Lockhart, 3:14-mj6-0052 CMK

# COURT PROBATION

The defendant is hereby sentenced to Court probation for a term of <u>three (3) years</u> .

1.  During the term of probation, defendant Lockhart shall comply with the standard conditions of probation as follows:

    (a)     Defendant shall not commit another federal, state or local crime; and

    (b)     Defendant shall notify the court within seventy-two hours of any change in residence or employment.

2.  During the term of probation defendant Lockhart shall not enter any federal lands including, but not limited to, Whiskeytown National Recreation Area (other than driving nonstop through said area via State Highway 299), Shasta-Trinity, Klamath, Lassen and Plumas National Forests, and all lands supervised by the Bureau of Land Management for any type of recreational purposes including, but not limited to, camping, day trips, picnicking, hiking and wood gathering.

# FINE

The defendant shall pay a fine in the sum of $340.00 plus a $10 special assessment for a total fine of $350.00 all due and payable on or before August 1, 2015.  Said payment shall be made to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.